1
2
3
4
5
6
7
**EDL**
8
9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 0613

10
11     Selene Stewart    Plaintiff,    )    CASE NO. _____

12     vs.    )    **APPLICATION TO PROCEED**
    )    **IN FORMA PAUPERIS**

13    Winsor House

14    Convalescent Hospital    Defendant.    )

15
16     I, Selene Stewart , declare, under penalty of perjury that I am the plaintiff

17 in the above entitled case and that the information I offer throughout this application is true and

18 correct. I offer this application in support of my request to proceed without being required to

19 prepay the full amount of fees, costs or give security. I state that because of my poverty I am

20 unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

21     In support of this application, I provide the following information:

22   1.     Are you presently employed?          Yes ✓ No ___

23 If your answer is "yes," state both your gross and net salary or wages per month, and give the

24 name and address of your employer:

25 Gross: _$693.75_____    Net: _564.11_____

26 Employer: _Creekside Convalescent - Church Lane_

27 _San Pablo Ca_____

28 If the answer is "no," state the date of last employment and the amount of the gross and net salary

Form-Intake 3 (Rev. 4/05)        - 1 -

1  and wages per month which you received

2  _____

3  _____

4  _____

5  2.      Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7          a.      Business, Profession or                 Yes ____ No ✓

8                  self employment?

9          b.      Income from stocks, bonds,               Yes ____ No ✓

10                 or royalties?

11         c.      Rent payments?                            Yes ____ No ✓

12         d.      Pensions, annuities, or                   Yes ____ No ✓

13                 life insurance payments?

14         e.      Federal or State welfare payments,        Yes ____ No ✓

15                 Social Security or other govern-

16                 ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  _____

20  _____

21  3.      Are you married?                                 Yes ____ No ✓

22  Spouse's Full Name: _____

23  Spouse's Place of Employment: _____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_____ Net $_____

26  4.      a.      List amount you contribute to your spouse's support:$ _____

27          b.      List the persons other than your spouse who are dependent upon you for support

28                  and indicate how much you contribute toward their support. (NOTE: For minor

Form-Intake 3 (Rev. 4/05)                - 2 -

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2  _M  8  30  __    M  8 - 8_____

3  _____

4  5.    Do you own or are you buying a home?        Yes ___ No ✓

5  Estimated Market Value: $_____ Amount of Mortgage: $_____

6  6.    Do you own an automobile?        Yes ___ No ✓

7  Make _____ Year _____ Model _____

8  Is it financed? Yes _____ No _____ If so, Total due: $ _____

9  Monthly Payment: $ _____

10  7.    Do you have a bank account?  Yes ____ No ____ (Do not include account numbers.)

11  Name(s) and address(es) of bank: _____

12  _____

13  Present balance(s):  $ _____

14  Do you own any cash?  Yes ___ No ✓ Amount: $ _____

15  Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16  market value.)        Yes ___ No ✓

17  _____

18  8.    What are your monthly expenses?

19  Rent: $ ____1672_____ Utilities: _included_____

20  Food: $ ___600⁰⁰_____ Clothing: _minimal amount_____

21  Charge Accounts:

22  <u>Name of Account</u>        <u>Monthly Payment</u>        <u>Total Owed on This Account</u>

23  _I do not___    $ _have any___    $_Charge accounts_

24  _I do have___    $ _student loans___    $_that are not due yet._

25  _____    $ _____    $ _____

26  9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom

27  they are payable.  Do not include account numbers.)

28  _Student loans that are not due yet._____

Form-Intake 3 (Rev. 4/05)            - 3 -

1   _____

2   10.     Does the complaint which you are seeking to file raise claims that have been presented in

3   other lawsuits?   Yes ____   No ✓

4   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5   which they were filed.

6   _____

7   _____

8   I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9   false statement herein may result in the dismissal of my claims.

10

11   _____1-25-08_____          _____Selene Stewart_____

12        DATE                SIGNATURE OF APPLICANT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Form-Intake 3 (Rev. 4/05)             - 4 -