1 | Selene Stewart
**Name and Address**
2 | 300 Gooding Way #343
3 | Albany, Ca
4 |
5 | UNITED STATES DISTRICT COURT     **EDL**
6 | NORTHERN DISTRICT OF CALIFORNIA
7 |
8 | CV Case No. 08    0613
9 | Selene Stewart
10 | Plaintiff / Petitioner    Document Name:
11 | VS.
12 | Winsor House    Request for Appointment
13 | Convalescent    of Counsel
14 | Defendant / Respondent

January 25, 2008

United States District Court
Northern District of California
450 Golden Gate, 16th Floor
San Francisco, California
Judge Elizabeth LaPorte

Dear Sir,

Please have mercy and appoint a counsel for me. Thank you.

Respectfully yours,
Selene Stewart