1  Selene Stewart
   **Name and Address**
2  300 Goodeny Way #343
3  Albany, Ca
4
5                  **UNITED STATES DISTRICT COURT**          **EDL**
6                  **NORTHERN DISTRICT OF CALIFORNIA**
7
8                                          **CV**Case No **08**      **0613**
9  Selene Stewart                    )
10        **Plaintiff / Petitioner**        )
                                        )   **Document Name:**
11        **VS.**                          )
12  Winsor House                     )   Reqest for Appointment
13  Convalescent                     )   of Counsel
                                        )
14        **Defendant / Respondent**       )

DENIED WITHOUT PREJUDICE

*Elizabeth D. Laporte*

Judge Elizabeth D. Laporte

January 25, 2008

United States District Court
Northern District of California
450 Golden Gate, 16th Floor
San Francisco, California
Judge Elizabeth La Porte
Dear Sir,

Please have mercy and appoint a

Counsel for me. Thank you.

Respectfully yours,

Selene Stewart

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SELENE STEWART,

            Plaintiff,

  v.

WINSOR HOUSE CONVALESENT
HOSPITAL et al,

            Defendant.

_____/

Case Number: CV08-00613 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Selene Stewart
300 Gooding Way, #343
Albany, CA 94706

Dated: February 7, 2008

                           Richard W. Wieking, Clerk
                           By: Lili M. Harrell, Deputy Clerk