UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SELENE STEWART**

    Plaintiff,

v.

**WINSOR HOUSE CONVALESENT HOSPITAL**

    Defendant.

No. C **08-00613** EDL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: *February 8, 2008*

*Selene Stewart*
Signature

Counsel for *Selene Stewart*
(Name or party or indicate "pro se")

*FILED FEB 12 2008 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

2