| U.S. Department of Justice | | | | PROCESS RECEIPT AND RETURN | |
|---|---|---|---|---|---|
| United States Marshals Service | | | | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. | |

| PLAINTIFF | | | | COURT CASE NUMBER | |
|---|---|---|---|---|---|
| Selene Stewart | | | | C-08-0613-EDL | |
| **DEFENDANT** | | | | TYPE OF PROCESS Summons, Complaint & Orders | |
| Windsor House Convalescent Hospital | | | | | |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Windsor House Convalescent Hospital

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
101 S. Orchard Avenue, Vacaville, California 95688

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Selene Stewart, Pro per
300 Gooding Way, #343
Albany, CA 94706

| | |
|---|---|
| Number of process to be served with this Form - 285 | 4 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF   ☐ DEFENDANT
, Deputy Clerk
TELEPHONE NUMBER: (415) 522-2067
DATE: 2/8/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 11 | District to Serve No. 97 | Signature of Authorized USMS Deputy or Clerk | Date 2/29/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
JOHN WIN CID; ASST DIRECTOR OF NURSING

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 2/27/2008   Time: 6:15 pm

Signature of U.S. Marshal or Deputy

| Service Fee 2HR x $45.00 90.00 | Total Mileage Charges (including endeavors) 100 x $0.185 = 46.50 | Forwarding Fee 8.00 | Total Charges 146.50 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: 2/20/08 - Fwd for personal service to Sacramento office

**PRIOR EDITIONS MAY BE USED**                **1. CLERK OF THE COURT**                FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Selene Stewart | C-08-0613-EDL |
| DEFENDANT | TYPE OF PROCESS |
| Windsor House Convalescent Hospital | Summons, Complaint & Orders |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Windsor House Convalescent Hospital

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
101 S. Orchard Avenue, Vacaville, California 95688

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Selene Stewart, Pro per
300 Gooding Way, #343
Albany, CA 94706

| | |
|---|---|
| Number of process to be served with this Form - 285 | 4 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:   , Deputy Clerk
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (415) 522-2067
DATE: 2/8/08

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 11 | No. 97 | | 2/29/08 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
JOHN WIN CID; ASST DIRECTOR OF NURSING

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 2/27/2008    Time: 6:15 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 2HR × $45.00 = 90.00 | 100 × $0.185 = 46.50 | 8.00 | 146.50 | | |

REMARKS: 2/20/08 - Fwd for personal service to Sacramento office

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

SELENE STEWART,

      **Plaintiff(s),**

      v.

WINDSOR HOUSE CONVALESCENT HOSPITAL,

      **Defendant(s).**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C-08-0613-EDL

**TO: (Name & Address of Defendant(s)):**

Windsor House Convalescent Hospital

101 S. Orchard Avenue

Vacaville, California 95688

NORTHERN DISTRICT OF CALIFORNIA
08 FEB 14 PM 1:40
RECEIVED
UNITED STATES MARSHAL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY
Selene Stewart, Pro per
300 Gooding Way, #343
Albany, California 94706

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Thelma Nudo
(BY) DEPUTY CLERK

February 08, 2008
DATE

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me [1] || DATE 2/27/2008 |
| Name of SERVER (PRINT) MARCO Rodriguez || TITLE DEPUTY U.S. MARSHAL |
| Check one box below to indicate appropriate method of service |||

☒ Served Personally upon the Defendant. Place where served: 101 S. ORCHARD AV. VACAVILLE, CA 95688

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: Date 2/28/2008

Signature of Server [signature]

Address of Server 501 I ST SACTO, CA 95814

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.