IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENE STEWART,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WINSOR HOUSE CONVALESENT HOSPITAL,<br><br>　　　　Defendant.<br>_____/ | No. C-08-00613 (EDL)<br><br>**ORDER GRANTING EXTENSION** |

On April 23, 2008, Plaintiff filed a request for an extension of time to submit her Rule 26(f) report, which the Court construes as a request for an extension of time to file her case management conference statement. Plaintiff may have until April 25, 2008 to submit her statement. Plaintiff is reminded that she must serve a copy of all documents she files with the Court on defense counsel.

**IT IS SO ORDERED.**

Dated: April 24, 2008

　　　　　　　　　　　　　　　　　　*Elizabeth D. Laporte*
　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge