1  Selene Stewart
   **Name and Address**
2  300 Gateline Way #343
3  Albany, CA 94706
4
5                    **UNITED STATES DISTRICT COURT**
6                    **NORTHERN DISTRICT OF CALIFORNIA**
7
8                                          )   Case No. C 08-00613 EDL
9  Selene Stewart                          )
                                            )
10     **Plaintiff / Petitioner**          )   Document Name:
                                            )
11     VS.                                  )
                                            )   Request for time extension
12                                         )   to submitt my Rule 26(f) Report
13 Winsur House Convalescent                )   Request for Counsel
14     **Defendant / Respondent**          )
15 Hospital - WHCH
16
17 Dear Judge La Porte,
18    I am requesting a time extension to submitt my Rule
19 26(f) Report. I was waiting to hear again from the WHCH
20 Attorney. She said she would be out of town and call when
21 she returned on 4-21-08. I did not hear from her yet.
22 Also I appeared in Fairfield on 4-21-08 for the other case.
23 On 4-22-08 I was in classes from 9AM til 5PM.
24    Also, I did seek legal advice. I still will not
25 have an attorney on the day of the initial conference
26 of case management on 4-29-08. Hopefully, you will
27 reconsider appointing an attorney for me. My phone
28 number is 510-500-7766. Thank you. Selene Stewart
                                              Selene Stewart

FILED 08 APR 23 PM 3:25