|   |   |
|---|---|
| 1 | MICHAEL T. LUCEY (SBN: 099927) |
|   | MICHAEL A. LAURENSON (SBN: 190023) |
| 2 | GORDON & REES LLP |
|   | Embarcadero Center West |
| 3 | 275 Battery Street, Suite 2000 |
|   | San Francisco, CA 94111 |
| 4 | Telephone: (415) 986-5900 |
|   | Facsimile: (415) 986-8054 |



FILED
08 APR 29 AM 9:23
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Defendant
WINSOR HOUSE CONVALESCENT HOSPITAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA OF SAN FRANCISCO

| SELENE STEWART, | ) CASE NO. CV 08 0613 EDL |
|---|---|
| Plaintiff, | ) **APPLICATION FOR ADMISSION** |
|   | ) **OF ATTORNEY *PRO HAC VICE*** |
| vs. | ) |
| WINSOR HOUSE CONVALESCENT HOSPITAL, | ) |
| Defendant. | ) |

Pursuant to Civil L.R. 11-3, Tiffany R. Norman, an active member in good standing of the bar of the State of California, Superior court, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Winsor House Convalescent Hospital in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above/

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Disputed Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-

-1-
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* CASE NO. CV080613 EDL

-2-

1  entitled action. The name, address and telephone number of that attorney is:

2      275 Battery Street, Suite 2000
    San Francisco, CA 94111
3      Telephone: (415) 986-5900

4      I declare under penalty of perjury that the foregoing is true and correct.

5

6  Dated: 4-29-08                       _____
7                                            TIFFANY R. NORMAN

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* CASE NO. CV080613 EDL