```
 1  MICHAEL T. LUCEY (SBN: 099927)
    MICHAEL A. LAURENSON (SBN: 190023)
 2  GORDON & REES LLP
    Embarcadero Center West
 3  275 Battery Street, Suite 2000
    San Francisco, CA 94111
 4  Telephone: (415) 986-5900
    Facsimile: (415) 986-8054
 5
    Attorneys for Defendant
 6  WINSOR HOUSE CONVALESCENT HOSPITAL
```

RECEIVED
08 APR 29 AM 9: 24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA OF SAN FRANCISCO

| SELENE STEWART, | CASE NO. CV 08 0613 EDL |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| vs. | |
| WINSOR HOUSE CONVALESCENT HOSPITAL, | |
| Defendant. | |

Tiffany R. Norman, an active member in good standing of the bar of the State of California, Superior Court, whose business address and telephone number (particular court to which applicant is admitted) is:

> 275 Battery Street, Suite 2000
> San Francisco, CA 94111
> (415) 986-5900

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Winsor House Convalescent Hospital.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements

-1-

1  contained in General Order No. 45, Electronic Case Filing.

3  Dated: _____

Elizabeth D. LaPorte
United States Magistrate Judge