In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

**CIVIL MINUTES**

Date: April 29, 2008

Case No: **C-08-00613 EDL**

Case Name: **SELENE STEWART v. WINSOR HOUSE CONVALESENT HOSPITAL**

| | | |
|---|---|---|
| Attorneys: | Pltf: Selene Stewart (pro se) | Deft: Tiffany Norman |
| Deputy Clerk: Lili M. Harrell | | FTR Digital Recorder: 10:30am-10:55am (Time: 15 min) |

**PROCEEDINGS:**
Initial Case Management Conference - Held

**ORDERED AFTER HEARING:**
Defendant allowed 7 hours of deposition of Plaintiff on the subject matter. Discovery limited to timeliness issue and employment relationship. Motion for summary judgment due by 7/28/08. Opposition due by 8/11/08. Reply due by 8/18/08. Motion hearing for **9/2/08.**

**Order to be prepared by:**  [] Plntf  [] Deft  [X] Court

**Case continued to:**

**Notes:**

cc: