**United States District Court**
For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    SELENE STEWART,                              No. C-08-00613  (EDL)

10                    Plaintiff,                  **CASE MANAGEMENT ORDER**

11       v.

12   WINSOR HOUSE CONVALESENT
     HOSPITAL,

13                    Defendant.
                                            /
14

15       Following the Case Management Conference held on April 29, 2008, IT IS HEREBY

16   ORDERED THAT:

17       1)      The Court has determined that this case would benefit from mediation and would also

18   benefit from the assignment of counsel to assist Plaintiff with the mediation process.  This case is

19   therefore referred to ADR for consideration for participation in the assisted mediation program.

20   ADR will set a phone conference with Plaintiff and Defendant's counsel to discuss the

21   appropriateness of the assisted mediation program.

22       2)      Only limited discovery will occur at this time.  Discovery will be limited to the

23   threshold issues raised at the case management conference, namely: 1) whether Plaintiff timely

24   raised her claims (including whether Plaintiff timely raised her claims before the Department of Fair

25   Employment and Housing, whether Plaintiff timely failed her claims in this Court, whether

26   Defendant's cross-claim against Plaintiff was the subject of her claim before the Department of Fair

27   Employment and Housing and whether such action is cognizable under Title VII of the Civil Rights

28   Act of 1964, when the statute of limitations began running, and whether that statute of limitations

     was tolled for any reason); and 2) whether or not Plaintiff was an employee of Defendant for

1   purposes of Title VII.  Defendant may take Plaintiff's deposition on these topics, and such

2   deposition will be limited to seven hours.  Defendant should not use all seven hours if it is not

3   necessary.  Plaintiff is also entitled to take one deposition on these topics not to exceed seven hours.

4          3)      The last day for hearing dispositive motions on the two issues identified above shall

5   be **September 2, 2008.**  Defendant shall serve and file its dispositive motion on these threshold

6   issues no later than July 28, 2008.  Plaintiff's opposition shall be served and filed no later than

7   August 11, 2008.  Any reply to the opposition shall be served and filed no later than August 18,

8   2008.

9          4)      The Court will hold a further case management conference on **November 4, 2008** at

10  10:00 a.m.

11         **IT IS SO ORDERED.**

12  Dated: April 29, 2008

13                                                    _Elizabeth D. Laporte_
                                                      ELIZABETH D. LAPORTE
14                                                    United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


SELENE STEWART,

        Plaintiff,

  v.

WINSOR HOUSE CONVALESENT
HOSPITAL et al,

        Defendant.
_____ /

Case Number: CV08-00613 EDL

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Selene Stewart
300 Gooding Way, #343
Albany, CA 94706


Dated: May 1, 2008

Richard W. Wieking, Clerk

*Lili M. Harrell*

By: Lili M. Harrell, Deputy Clerk