MICHAEL T. LUCEY (SBN: 099927)
MICHAEL A. LAURENSON (SBN: 190023)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
WINSOR HOUSE CONVALESCENT HOSPITAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA OF SAN FRANCISCO

| | |
|---|---|
| SELENE STEWART,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WINSOR HOUSE CONVALESCENT HOSPITAL,<br><br>　　　　　Defendant. | CASE NO. CV 08 0613 EDL<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Tiffany R. Norman, an active member in good standing of the bar of the State of California, Superior Court, whose business address and telephone number (particular court to which applicant is admitted) is:

　　275 Battery Street, Suite 2000
　　San Francisco, CA 94111
　　(415) 986-5900

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Winsor House Convalescent Hospital.

　　IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements

-1-

1  contained in General Order No. 45, Electronic Case Filing.

3  Dated: 4/30/08

_____
Elizabeth D. LaPorte
United States Magistrate Judge