ALTERNATIVE DISPUTE RESOLUTION PROGRAM
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

Writer's Direct Contact:
(415) 522-4205
Tim_Smagacz@cand.uscourts.gov

## ADR Phone Conference Scheduling Notice

DATE: May 9, 2008

Selene Stewart
300 Gooding Way, #343
Albany, CA 94706
(510) 300-7700

Tiffany Norman
Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, Ca 94111-3506
(415) 986-5900

RE: Stewart v. Winsor House Convalescent Hospital
C 08-0613

Dear Ms. Stewart and Ms. Norman:

I am writing to schedule an ADR Phone Conference in accordance with Judge Laporte's Case Management Order of April 29. Per her instructions, I have scheduled the Phone Conference to discuss a possible referral to the court's Assisted Mediation Program for **Tuesday, May 27, 2008 at 11:30 a.m.** Please let me know if the phone number listed above is incorrect. Our office will place the phone call to all parties. For reference, the ADR Conference Line is (415) 522-4603.

Please contact me immediately with any scheduling concerns at (415) 522-4205, or email tim_smagacz@cand.uscourts.gov. Thank you for your attention to this matter.

Best regards-

*Timothy Smagacz*
Timothy Smagacz
ADR Program Administrative Assistant