UNITED STATES DISTRICT COURT

Northern District of California

SELENE STEWART,
    Plaintiff in Propia Persona,

v.

WINSOR CONVALESCENT HOSPITAL, INC.,
    Defendant(s).

No. C 08-0613 EDL MED AMP

**APPLICATION FOR ASSISTED MEDIATION**

I am the plaintiff in the above-entitled employment discrimination action. I request that the court refer this case into the Assisted Mediation Program. In support of this request, I provide the following information:

A.     SUMMARY INFORMATION ABOUT BASIS OF THE CASE

(1)     I filed an employment discrimination case in the court against the above-named defendant on: _January 25, 2008_.

(2)     I filed this case because the defendant harmed me by (circle any applicable):

    a.     failing to employ me.

    (b.)     firing me.

    c.     eliminating my position.

///

///

d. failing to promote me.

e. demoting me.

(f.) disciplining me without reason.

(g.) harassing me (or allowing others to harass me) so that working conditions became intolerable.

h. paying me differently than others doing similar work.

i. providing different terms, conditions or privileges of employment than others received doing similar work.

j. other actions (specify): _____.

(k.) taking action/retaliating against me because I complained about any of the above harms.

(3) For each item that you circled in question #2, above, give one example of when and how the defendant took an action that harmed you:

| Item | When | How did defendant do it? (If more space is needed, add additional sheet.) |
|---|---|---|
| 2/f | 7-8 2006 | The administrator and social services director yelled and followed me calling me names then used profane language for approximately ½ hour on the phone, then dismissed me |
| 2/g | 1 year ago | I have been and am still being falsely accused and maliciously persecuted by the hospital and the [illegible] family who is still working at the hospital. |
| 2/k | | The hospital is now suing me along with the [illegible] family member in a civil law suit. |

(4) The defendant took action that harmed me, as I identified in question #2 above; the defendant did so because of (circle any applicable):

(1.) my race or color.

(2.) my religion.

2

3. my sex.
4. my national origin.
5. my disability.
6. my age.
7. other (specify): _A civil lawsuit_ .

(5). Give an example of how a harm that you suffered, as you indicated in question #2, is related to any discriminatory reason that you marked in question #4. Do this for each item you mark in questions #2 and #4:

| Harm (Q2) | Discriminatory Reason (Q4) | How do you know that Q4 is the reason defendant did Q2? (If more space is needed, add additional sheet.) |
|---|---|---|
| 4/1 | Dismissed and sued due to race. | The hospital sued me and the African American Registry accused of the White hospice team that are at fault. |
| 4/2 | Falsely accused due to Religious reasons. | The family and the hospital employees knew my religion. |
| 4/7 | Frivolous and vexatious law suit | Dr. M sued me, have threatened me falsely, accused me and have affected my work, ran me out of a twenty six year career of nursing, telling everyone that he is not a hospice patient. |

B.  REASONS FOR SEEKING MEDIATION

(6)  Have you read the materials on ADR and on Assisted Mediation provided by the Clerk, when you filed the case, or by the court?  Yes _X_  No ___

///
///
///

3

///

///

(9)   I have made a reasonable effort to obtain an attorney to represent me and contacted the following attorneys for this purpose (include additional sheets if necessary):

| Attorney Name | Address | Phone Number |
|---|---|---|
| Michael Ochen, Esq 1814 Franklin St #900 Oakland CA 94612 | 1814 Franklin St. #900 Oakland, CA 94612 | 510-832-6439 |
| Oliver Tun, Esq | 6354 Telegraph Avenue Oakland, CA 94609 | 510-655-7786 |
| Armstrong & Armstrong, Inc. | Embarcadero/Montgomery Streets SAN SAN Francisco, CA | 415-928-1293 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____          _____
Date                                                             Signature

                                                                 _____
                                                                 Selena Stewart
                                                                 Name (Printed)

///

1
2
3
4

    (7)    I am seeking mediation of this complaint because I hope the process will (circle any applicable):

    a.    improve communication between me and the defendant.

    b.    help me explain to the defendant the harm the defendant has caused me.

    c.    help the defendant explain to me the reason for the actions the defendant took which harmed me.

    d.    help me understand the strengths of my case and the defendant's case.

    e.    help me understand the weaknesses of my case and the defendant's case.

    f.    help me and the defendant understand if there is anything we agree upon in this dispute.

    g.    help me and the defendant explore any creative solutions to this dispute which the court might not be able to impose if we go to trial.

    h.    help me preserve or improve what remains of my personal or business relationship with the defendant.

    i.    provide confidentiality in coming to a resolution of this dispute.

    j.    tone down the hostility between me and the defendant.

    k.    help me and the defendant get to the core of the case and sort out the issues in dispute.

    l.    help us settle all or part of the dispute.

    m.    other reason (specify): _____.

C.    WHY I NEED AN ATTORNEY TO ASSIST ME IN THIS MEDIATION

    (8)    Have you been unable to find an attorney willing to represent you in this case on terms you can afford? Yes __X__ No ____

///

4