1  MICHAEL T. LUCEY (SBN: 099927)
   VAN T. NGUYEN (SBN: 199945)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
   Attorneys for Defendant NADHAN, INC.
6  Erroneously Sued as WINSOR
   HOUSE CONVALESCENT HOSPITAL
7

8                  UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
10

11 SELENE STEWART,                    )  CASE NO. CV 08 0613 EDL
                                      )
12                                    )  **[PROPOSED] ORDER GRANTING
                      Plaintiff,      )  DEFENDANT'S MOTION TO COMPEL
13                                    )  AND ORDERING SANCTIONS**
       vs.                            )
14                                    )
                                      )
15 WINSOR HOUSE CONVALESCENT          )
   HOSPITAL                           )
16                    Defendant.      )
                                      )
17                                    )
                                      )
18 _____)

19
        Defendant NADHAN, INC.'s Motion to Compel Plaintiff to respond to discovery
20
   requests and to attend plaintiff's deposition, and for sanctions came on regularly for hearing on
21
   August 5, 2008 at 9:00 a.m..
22
        After full consideration of the evidence, the memorandum of points and authorities
23
   submitted by counsel and oral argument, the court adopted its tentative ruling in its entirety.
24
        IT IS ORDERED that Defendant's Motion to Compel Plaintiff's Responses to
25
   Defendant's Special Interrogatories and Requests for Production of Documents and For
26
   Sanctions is GRANTED.
27
        1.      Plaintiff shall provide verified full and complete responses to Defendant's Special
28

-1-

[Proposed] Order Granting Defendant's Motion to Compel and Ordering Sanctions – Case No. CV 08 0613 EDL

Interrogatories and Requests for Production of Documents within 10 days of the date of the hearing or no later than _____.

    2.    Plaintiff and her counsel shall pay Defendant a sanction in the amount of $_____ for fees incurred by Defendant in conjunction with bringing the motion within 30 days of notice of this order.

**IT IS SO ORDERED.**

Dated: _____, 2008

                                                      Judge of the U.S. District Court

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

SAGAR/1050076/5753356v.1