MICHAEL T. LUCEY  (SBN:  099927)
VAN T. NGUYEN (SBN:  199945)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant NADHAN, INC.
Erroneously Sued As WINSOR
HOUSE CONVALESCENT HOSPITAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENE STEWART,<br><br>                      Plaintiff,<br><br>     vs.<br><br>WINSOR HOUSE CONVALESCENT HOSPITAL,<br><br>                      Defendant. | CASE NO. CV 08 0613  EDL<br><br>**CERTIFICATE OF SERVICE OF MOTION TO COMPEL AND ACCOMPANYING PAPERS** |

See Attached

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA  94111*

-1-

CERTIFICATE OF SERVICE OF MOTION TO COMPEL AND ACCOMPANYING PAPERS

<u>PROOF OF SERVICE</u>

1

2      I am a resident of the State of California, over the age of eighteen years, and not a party
to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite
3   2000, San Francisco, CA 94111. On June 24, 2008, I served the within documents:

4      **NOTICE OF MOTION AND MOTION TO COMPEL AND REQUEST FOR
SANCTIONS; MEMORANDUM OF POINTS AND AUTHORITIES;**
5   **DECLARATION    OF VAN T. NGUYEN; [PROPOSED] ORDER**

6

7   ☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set
forth below on this date before 5:00 p.m.

8
   ☐   by personally delivering the document(s) listed above to the person(s) at the
9       address(es) set forth below.

10  ☒   by placing the document(s) listed above in a sealed envelope with postage thereon
fully prepaid, in United States mail in the State of California at San Francisco,
11      addressed as set forth below.

12      Selene Stewart, Pro Se
300 Gooding Way, #343
13      Albany, CA 94706

14      I am readily familiar with the firm's practice of collection and processing correspondence
for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same
15  day with postage thereon fully prepaid in the ordinary course of business. I am aware that on
motion of the party served, service is presumed invalid if postal cancellation date or postage
16  meter date is more than one day after the date of deposit for mailing in affidavit.

17      I declare under penalty of perjury under the laws of the State of California that the above
is true and correct.
18
       Executed on June 24, 2008 at San Francisco, California.
19

20      _____
                    Faith Harris
21

22

23

24

25

26

27

28  *Selene Stewart v. Winsor House Convalescent Hospital*
U.S. District Court Case No. CV 08 0613 EDL

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111