**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SELENE STEWART,

    Plaintiff,

    v.

WINSOR HOUSE CONVALESCENT HOSPITAL,

    Defendant.
_____/

No. C 08-0613 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendant's Motion to Compel and Request for Sanctions, document 25, noticed for July 29, 2008 at 9:00 a.m., has been continued to **August 5, 2008 at 9:30 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. The briefing schedule remains unchanged with plaintiff's opposition due no later than **July 8, 2008** and defendant's reply brief due no later than **July 15, 2008**.

Dated: June 27, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SELENE STEWART,

        Plaintiff,

v.

WINSOR HOUSE CONVALESENT HOSPITAL et al,

        Defendant.

Case Number: CV08-00613 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Selene Stewart
300 Gooding Way, #343
Albany, CA 94706

Dated: June 27, 2008

        Richard W. Wieking, Clerk

        By: Lili M. Harrell, Deputy Clerk