

**FILED**
JUN 2 0 2008

**RECEIVED**
JUN 2 0 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Selene Stewart Plaintiff,

vs.

Winsor House Convalescent Hospital Defendant(s).

CASE NO. CV080613 EDL

**EMPLOYMENT DISCRIMINATION COMPLAINT**

Amended Complaint And Motion for Protection

1. Plaintiff resides at:
   Address 300 Gooding Way #343
   City, State & Zip Code Albany, CA 94706
   Phone 516-300-7700

2. Defendant is located at:
   Address 1015 Orchard Ave
   City, State & Zip Code Vacaville CA 94568

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:
   a. ✓ Failure to employ me.
   b. ✓ Termination of my employment.

Form-Intake 2 (Rev. 4/05)         - 1 -

1      c. __ Failure to promote me.

2      d. ✓ Other acts as specified below.

3  LAW SUIT AGAINST ME INSTEAD OF THE CAUCASIAN

4  hospice NURSE who WAS At fault AND who Acted

5  illegally without orders from the physcian.

6  _____

7  _____

8  _____

9  5.   Defendant's conduct is discriminatory with respect to the following:

10     a. ✓ My race or color.

11     b. ✓ My religion.

12     c. __ My sex.

13     d. __ My national origin.

14     e. __ Other as specified below.

15 _____

16 6.   The basic facts surrounding my claim of discrimination are:

17 I AM AMENDING MY COMPLAINT to Add 42 Title 7

18 2000E 42 USC SECTION 1981 SINCE I worked

19 for SERVICE First who WAS a subcontractor to

20 the PRIMARY Registry that is owned by the

21 OWNER of WINSOR House, PRIMA. PLEASE Add

22 this to MY COMPLAINT showing 1-7 Attachments.

23 Also A motion to protect ME from immaterial and

24 irrevalent inquiries when they are not pertinate.

25 7.   The alleged discrimination occurred on or about April 2, 2007.

26                                   (DATE)

27 8.   I filed charges with the Federal Equal Employment Opportunity Commission (or the

28 California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)        - 2 -

1  discriminatory conduct on or about _April 2, 2007_
2  (DATE)
3  9.  The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter
4  (copy attached), which was received by me on or about _October 25, 2007_
5  (DATE)
6  10.  Plaintiff hereby demands a jury for all claims for which a jury is permitted:
7  Yes ✓  No ___
8  11.  WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
9  including injunctive orders, damages, costs, and attorney fees.
10
11  DATED: _6-20-2008_   _Selene Stewart_
12  SIGNATURE OF PLAINTIFF
13
14  *(PLEASE NOTE: NOTARIZATION*   _SELENE STEWART_
15  *IS NOT REQUIRED.)*   PLAINTIFF'S NAME
16  (Printed or Typed)

Form-Intake 2 (Rev. 4/05)   - 3 -