**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SELENE STEWART,

        Plaintiff,

  v.

WINSOR HOUSE CONVALESENT HOSPITAL,

        Defendant.

_____/

No. C-08-00613 EDL

**ORDER REFERRING CASE FOR SETTLEMENT**

       This matter is referred to a magistrate judge for the purposes of conducting a settlement conference. The parties will be notified of the date and time of the settlement conference by the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated:  July 1, 2008

                         _Elizabeth D. Laporte_____
                         ELIZABETH D. LAPORTE
                         United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SELENE STEWART,

               Plaintiff,

  v.

WINSOR HOUSE CONVALESENT
HOSPITAL et al,

               Defendant.

———————————————————/

Case Number: CV08-00613 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Selene Stewart
300 Gooding Way, #343
Albany, CA 94706

Dated: July 1, 2008

Richard W. Wieking, Clerk

By: Lili M. Harrell, Deputy Clerk