1  Selene Stewart
   **Name and Address**
2  300 Gooding Way #343
3  Albany, CA 94706

E-FILED
FILED
JUL 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

9  Selene Stewart
   **Plaintiff / Petitioner**

11 VS.

13 Winsor House Convalescent
   **Defendant / Respondent**

Case No. C08-613 EDL

Document Name: Motion for Protection and ~~Amended Complaint~~ And Proof of Service

Proof of Service to Winsor House Convalescent By personal service at 3PM 7-10-2008 to Winsor House Convalescent at Gordon & Rees LLP 275 Battery St. Suite 2000 San Francisco, CA 94111

I personally served the documents at the address listed with some person over 18 years of age.

S. Stewart

July 10, 2008