```
MICHAEL T. LUCEY  (SBN: 099927)
VAN T. NGUYEN (SBN: 199945)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant NADHAN, INC.
Erroneously Sued As WINSOR
HOUSE CONVALESCENT HOSPITAL
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENE STEWART,<br><br>                    Plaintiff,<br><br>         vs.<br><br>WINSOR HOUSE CONVALESCENT HOSPITAL,<br><br>                    Defendant. | CASE NO. CV 08 0613  EDL<br><br>**REPLY TO NON-OPPOSITION TO MOTION TO COMPEL AND REQUEST FOR SANCTIONS**<br><br>Date:        August 5, 2008<br>Time:        9:00 a.m.<br>Courtroom: E, 15th Floor |

Plaintiff SELENE STEWART's ("Stewart") Opposition to the Defendant NADHAN, INC.'s ("Defendant") Motion to Compel and Request for Sanctions was due to be served and filed by no later than Tuesday, July 15, 2008. As of July 18, 2008, the date of filing this Reply, Defendant has not received any Opposition papers and is not aware of any Opposition papers being filed with the Court. Defendant, having not received any Opposition papers, respectfully requests that this Court order Stewart to provide full and complete responses to previously served

///
///
///
///
///

1  written discovery, submit to deposition within two weeks of Defendant receiving said discovery
2  responses, and order that Stewart pay sanctions to Defendant in the amount of $1,000.

Dated:  July 18, 2008                                   GORDON & REES LLP


                                                        By: /s/
                                                           VAN T. NGUYEN
                                                        Attorneys for Defendant
                                                        NADHAN, INC., Erroneously Sued As
                                                        WINSOR HOUSE CONVALESCENT HOSPITAL

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

-2-
REPLY TO NON-OPPOSITION TO MOTION TO COMPEL AND REQUEST FOR SANCTIONS