```
1  MICHAEL T. LUCEY  (SBN:  099927)
   VAN T. NGUYEN (SBN:  199945)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA  94111
4  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
5
   Attorneys for Defendant NADHAN, INC.
6  Erroneously Sued As WINSOR
   HOUSE CONVALESCENT HOSPITAL
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| SELENE STEWART, | ) CASE NO. CV 08 0613 EDL |
|---|---|
| Plaintiff, | ) **CERTIFICATE OF SERVICE OF** |
| vs. | ) **REPLY TO NON-OPPOSITION** |
| WINSOR HOUSE CONVALESCENT HOSPITAL, | ) |
| Defendant. | ) |

See Attached

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On July 18, 2008, I served the within documents:

**REPLY TO NON-OPPOSITION TO MOTION TO COMPEL AND REQUEST FOR SANCTIONS**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

> Selene Stewart, Pro Se
> 300 Gooding Way, #343
> Albany, CA 94706

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 18, 2008, at San Francisco, California.

/s/
Meg Naizghi

*Selene Stewart v. Winsor House Convalescent Hospital*
U.S. District Court Case No. CV 08 0613 EDL