**FILED**
JUL 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. Selene Stewart
   **Name and Address**
2. 300 Gooding Way #545
3. Albany CA 94706
4. In Pro Per
5. 510-300-7700

**RECEIVED**
JUL 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

'08 JUL 28 P 5:13
RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Selene Stewart
**Plaintiff / Petitioner**

VS.

Winsor House Convalescent
**Defendant / Respondent**

Case No. CV08 0613 EDL

**Document Name:**

Answer to Interrogatories
ATTN: Judge LaPorte

1. First response: In accordance with my amended complaint, I worked at the Winsor House Convalescent Hospital on July 6, 2006 on the day of the incident. Please see the contract from the Defendant's Exhibit 5 from Juanita Overton in her deposition to the Winsor House Convalescent Hospital on September 12, 2007, at Gordon & Rees, 275 Battery Street, Suite 2000, San Francisco, Ca 94111 concerning the Cross Complaint of Winsor House Convalescent Hospital that was filed February 13, 2007 in the Superior Court of California, County of Solano, at 600 Union Avenue, Fairfield Ca., 94533, in Department 16 of the Honorable Judge Scott Kays. Please note that I worked for Service first that has been doing business with the owner of the Winsor House Convalescent Hospital {WHCH} since the 1980's. It is evident that the Service First Registry did have two contracts submitted and that she is a subcontractor to the primary contractor that is Care Systems, Inc that is owned by the owner of WHCH and that person is Prema who signed the contract that is dated February 15, 2006 and also the contract that is signed on September 15, 2006. Please note that she also submitted sign in sheets from the hospital that shows that I worked there on more than one occasion and WHCH refers to me a temporary Licensed Vocational Nurse. Please note that in compliance with the requirements that Juanita had submitted a copy of my identification with a picture and a copy of my LVN license both with the state of California. Please notice that the only two persons that signed the contracts were Prema and Juanita. They did not disclose the contract to me nor did they require my signature. It was my understanding that they were both in compliance with the law. Please be advised that even though the contract is in question, Northbay Hospice did not have one at

1  all with Prema or WHCH and that information has been verified with another state
2  investigation. I will submit a copy of the new investigation that states that they did
3  not have a contract and that the nurse did not have physician orders. In essence I
4  will submit evidence that I worked there on July 6, 2006 legally and that the orders
5  of the hospice team were illegal. Furthermore, please see the nurses notes in my
6
7  complaint for Discrimination And Retaliation that Exhibit H has nurses notes on
8  the day of the incident with my signature on it and that Exhibit L is a state
9  investigation that informs you that I worked there in the nursing department to
10 administer medications to thirty eight patients, and that Exhibit P shows that none
11
12 of the physicians had signed the orders and that the WHCH RN that was supervisor
13 of the day at the desk never informed me that the doctors did not sign the orders.
14 The second part of the state investigation and the Deposition of the hospice
15 physician will reveal that the Hospice Registry was illegal not Service First and that
16 fact further reinforces my position that I was discriminated against, falsely accused,
17
18 maliciously persecuted, and unjustly sued by the WHCH while the company in
19 violation of the law was left without accusations, persecutions, or discipline from
20 WHCH, and that is further evidence of racial discrimination. Also Please see a copy
21 of their Cross-Complaint that after all they want to sue me for illegal orders when
22 the patient refused to accept the medication while denying pain. Also, they know
23
24 that I did not consent in writing or orally to carry insurance and that too is a false
25 accusation. Since I did not have knowledge of the contents of their contracts nor
26 was I ever given a copy of it until after the deposition given WHCH by Juanita after
27 her deposition, that contract was honored between the registry and WHCH.
28

1  2. Second Response: Please be advised that everyone in the ten law suits about this
2  case are my witnesses, in my Discrimination and Retaliation Complaint, I included
3  forty three witnesses, please refer to that list. Also Exhibit A through U will supply
4  you with more than enough validation of my professional presence.
5
6  3. Please see that the contract for the temporary employment of nurses between
7  Juanita and Prema in article 16, WHCH articulates a Right To Dismiss the registry
8  and it does not require a written statement, the administrator Mr. Davy verbally
9  abused me on the phone for over ten minutes fussing cussing and so did the Social
10 Director, the wife of the plaintiff for approximately one half hour verbally abusing
11 me and calling me names and threatening me. The next time that Juanita scheduled
12 me to work there Prema asked that I leave her hospital.
13
14 4. Fourth Response: I was not paid directly by NADHAN, INC. Please see the
15 checks that were paid to Service First for services rendered by their nurses after the
16 FAX was sent with a copy of the sign in sheets to Pam in payroll of the WHCH that
17 was submitted on July 14, 2006. Juanita is unavailable to produce the copy of any
18 checks at this time and I do not have any pay stubs from her at this time. She paid
19
20 me twenty seven dollars and hour for a double shift that day.
21 5. Fifth Response: I do not think that it is relevant to this case for you to have all
22 the pay stubs of all of my employers for that year.
23
24 6. Sixth Response: I did not receive a W-2 form from NADHAN, INC.
25 7. Seventh Response: Unless you are authorized by the IRS to investigate my
26 finances, I will decline the answer to this question. The part of my taxes that I think
27 are pertinent to this case is that they will want one third of any agreed settlement.
28

8. **Eighth Response:** The only pay stub that is pertinent or relevant to your company would be the one from Juanita who is now unavailable. All the other information is an invasion of my privacy.

9. **Ninth Response:** Unless you or your company is authorized by the IRS to gather my personal information, I will decline on disclosing this information.

10. **Tenth Response:** Unless you or your company are authorized to gather information for the IRS, I will decline this invasion of my privacy.

11. **Eleventh Response:** The pay stubs that I have a matter of personal privacy and the only pay stub that NADHAN, INC. should concern it self with are the ones that you issue and you did not issue any to me.

12. **Twelfth Response:** It is an invasion of my privacy to disclose to you all of my employers.

13. **Thirteenth Response:** Unless you or your company are authorized to gather information for the IRS, I will decline to answer this question due to the fact that I have submitted time sheets, nurses notes, and a check from your company to Service First and it validates the employment of me at WHCH on the day of the incident and the rest of my business is personal and private.

14. **Fourteenth Response:** It is not relevant or pertinent to this case what I was doing in 2005 with my self. The incident occurred on July 8, 2006, all of the other days of my employment are a matter of personal privacy and therefore I will decline to answer.

15. **Fifteenth Response:** Please refer to the Fourteenth Response.

16. **Sixteenth Response:** Please refer to the Fifteenth Response.

17. **Seventeenth Response:** It is not relevant or pertinent to this case who I was working for in 2004.

18. **Eighteenth Response:** Please see the Seventeenth Response.

19. **Nineteenth Response:** Please see the Seventeenth Response.

Dated: July 28, 2008                    Selene Stewart

                                        In Pro Per

                                        300 Gooding Way # 343

                                        Albany, California



NAME OF OFFEROR OR CONTRACTOR:  **AT YOUR SERVICES REGISTRY**

SPECIFICATIONS:      SUPPLEMENTAL STAFFING AGENCY SERVICES
(TEMPORARY NURSING SERVICES, REGISTRIES)

**SCOPE OF SERVICES:**

1. PURPOSE: To obtain from the Contractor's registry temporary nursing or clinical services, at a firm fixed price, as required by HOSPITAL, (hereafter referred to as HOSPITAL), for one year period from the date of approval by the Hospital Administrator with a 12-month option for extension, to supplement Hospital's nursing or clinical staff in fulfilling patient care service requirements when needed.

2. FEES: The Agency's price structure will be submitted to HOSPITAL to determine the charges.

3. QUALIFICATION OF NURSING OR At Your Services Registry : Each Nurse or At Your Services Registry Worker who is referred to the HOSPITAL shall be qualified for the position to which said Nurse or At Your Services Registry Worker is referred and meet the following qualifications.

Each Nurse or At Your Services Registry shall:

a. Possess a current valid registered nurse, licensed vocational nurse license, or a license appropriate for the At Your Services Registry issued by the State of California. Each Nurse/Professional shall carry a copy of his or her license and shall present said license to Nursing Administration or Department Representative upon request. Interim permits are not acceptable.
b. All Registered Nurses and Licensed Vocational Nurses shall possess current valid CPR certification.
c. Registered Nurses shall have at least one year's full time experience in an Acute General Care Hospital, within the past two years which experience shall be documented by reference on file at the AGENCY. Licensed Vocational Nurses shall have one year's experience in an Acute Care Hospital.
d. Registered Nurses referred for Critical Care assignments shall have at least six months or recent experience in the Critical Care area. Certification or experience/employment history of such proficiency in nursing skill shall be on file with the AGENCY.
e. Registered Nurses and Licensed Vocational Nurses referred for pediatrics must have at least six months of Inpatient Acute Pediatric experience within the past two years. Registered Nurses and Licences Vocational Nurses must have successfully passed the AGENCY's appropriate medication testing process.
g. *All* Registered Nurses and Licensed Vocational Nurses shall have documentation in the AGENCY's files of a skill's inventory listing. The AGENCY shall not refer     Nurses beyond their documented clinical experience.
h. All Nurses and At Your Services Registry referred, shall have evidence of a current    annual negative tuberculosis test. or if a history of a positive tuberculosis test there must be evidence of a negative chest x-ray done within the past three years, on file with the AGENCY.

Page 1

9. HOLIDAYS: Holiday rates will be paid for those nationally observed holidays as listed.

| | | | |
|---|---|---|---|
| New Year's Day | Labor Day | President's Day | **Memorial Day** |
| Thanksgiving Day | Independence Day | Christmas Day | |
| Martin Luther King, Jr. Day | | | |

10. BASE RATES OF PAY: **SEE RATE SHEET**

11. OVERTIME: Any hours worked by a Nurse or At Your Services Registry Worker in excess of eight hours in one day or forty hours in a one week pay period. Any overtime must be pre-approved by the Nursing Supervisor or Department Manager for the shift or it will be considered unauthorized and will not be prod.

12. WORK WEEK: The seven day period, beginning at 0001 (AM) Sunday through Saturday, or at the shift changing hour nearest that time.

13. Contractor shall indemnify and hold HOSPITAL harmless from and against any and all loss, expense, damage, liability, and other expense which HOSPITAL may incur as a result of the negligent or otherwise wrongful acts or omissions of Contractor and its officers, employees, subcontractors, and agents in the performance of the obligations of Contractor under this agreement.

Contractor agrees to have and maintain in effect during the course of the Agreement, a hazardous communications program for employees, in compliance with federal and state law. Contractor agrees to provide necessary and applicable training relative to compliance with the federal and state blood borne pathogens standard for employees. Contractor further agrees to indemnify HOSPITAL for claims, losses, or legal expenses which HOSPITAL may incur because of independent contractor's failure to maintain such compliance programs.

AGENCY and HOSPITAL agree to maintain adequate records of all patients covered by this Agreement and agree that the information and records obtained in the course of providing services pursuant to this Agreement shall be subject to confidentiality and disclosure provisions of applicable federal and state statutes and regulations. The parties do not waive their rights pursuant to Evidence Code Sections 1157, et seq. These confidentiality provisions shall remain in effect notwithstanding and subsequent termination of this Agreement.

14. REQUEST FOR SERVICE: The HOSPITAL shall endeavor to request Nurse at least 1 1/2 hours prior to reporting time. AGENCY reserves the right fight to call for all temporary shifts. The HOSPITAL will schedule supplemental staffing personnel, at any time deemed appropriate by the HOSPITAL Nursing Department to ensure that an adequate nursing staff is available to service and fulfill patient care service requirements.

a. Coordination of services is to be between the Supplemental Staffing AGENCY and the HOSPITAL Staffing Coordinators or Supplemental Staffing AGENCY Nurses for specific assignments is permitted.

b  REQUESTS MADE LESS THAN 1 1/2 HOURS PRIOR TO REPORTING TIME: If a Nurse is requested less than 1 1/2 hours prior to reporting time, the HOSPITAL will be billed by the AGENCY for the number of hours actually worked. This may be eight hours of actual work, or number of hours until shift ends. The HOSPITAL will not pay late-call hours charges.

15. CANCELLATION OF SERVICE REQUEST:

a. CANCELLATION OF REQUEST BY THE HOSPITAL MORE THAN 1 1/2 HOURS PRIOR TO REPORTING TIME. Prior to 1 1/A hours before reporting time, the HOSPITAL may, without incurring liability, change or cancel any order for Nurses or clinical staff. It shall be the AGENCY's responsibility to contact staff prior to reporting time should circumstances dictate such change or cancellation.
b. CANCELLATION OF REQUEST BY THE HOSPITAL LESS THAN 1 1/2 HOURS PRIOR TO REPORTING TIME. If the HOSPITAL changes or cancels an order less than 1 1/., hours before reporting time and the affected Nurse or Allied Health Worker cannot be contacted prior to reporting to the HOSPITAL for work, the HOSPITAL shall be liable for two hours of the daily rate for the Nurse or At Your Services Registry Worker involved. The HOSPITAL reserves the right to then use services of the Nurse or At Your Services Registry Worker for two hours.
c. If the AGENCY cancels less than 1 1/2 hours prior to reporting time or the Nurse is a "no-show" (failure to report for work at specified time), the HOSPITAL will be credited for two hours of pay. Credits will be reflected on AGENCY invoices. AGENCY cancellation notice(s) will also be reflected on HOSPITAL time records to ensure AGENCY/HOSPITAL records are in agreement. If appropriate replacement is sent, the HOSPITAL will pay for actual hours worked.
d. If a Nurse or At Your Services Registry Worker refuses an assignment in a clinical area in which he or she was scheduled, by the AGENCY, or refuses an assignment of which he or she is clinically capable, the HOSPITAL is not liable for any costs.

16. RIGHT TO DISMISS: If, in the sole discretion of the HOSPITAL's Assistant Administrator Nursing Services or designee, a Nurse or At Your Services Registry Worker referred by the AGENCY is deemed incompetent, negligent, or has engaged in misconduct, the HOSPITAL will require the Nurse or At Your Services Registry Worker to leave the HOSPITAL's premises and the HOSPITAL will inform the AGENCY of its decision/action immediately. The HOSPITAL will furnish written justification for dismissal at least ten working days after the incident. The HOSPITAL's obligation to compensate AGENCY for such Nurse's or At Your Services Registry Worker's services shall be limited to the hours actually worked by such Nurse and the HOSPITAL shall have no reassignment to the HOSPITAL. AGENCY agrees that the HOSPITAL shall not be liable for any damage or cause of action arising out of dismissal of AGENCY personnel and hereby agrees to indemnify, defend and hold harmless the HOSPITAL for any causes of action or damage brought by AGENCY personnel against the HOSPITAL which arise out of such dismissal.

Nurses or At Your Services Registry Workers deemed unsatisfactory due to performance will be excluded for future HOSPITAL assignment based on but not limited to:

Page 4

Contract Between Core Systems and Service First
540 W Monte Vista Ave
Vacaville, CA 95688

15. Permanent placement ; Hospital may offer employment to any SFR and owe SFR ~~NO~~ thirty percent permanent placement fee if hospital hires nurse though another agency ~~broker, agent~~ etc; to work at hospital at any time within the next year, hospital shall pay ~~SFR a placement of thirty percent of nurses annual salary. Payment shall be made within ten days of placement .employment will be offered strictly on a full time and permanent basis with benefits equivalent to a staff employee, hospital shall rehire nurse through SFR if nurse wants to continue as an agency nurse at hospital .~~

*NO* *if well want*

16. We the contracted facitlity agree to pay all signed time payment slips due to SFR based on the following pay schedule every Friday.

17. Rates;    R Ns    __30.00__ per hour

              L V Ns  __30.00__ per hour

              C N As  __16.00__ per hour

Authorized Signature, Hospital _____ Date __2/15/06__
Care Systems Inc

Authorized Signature SFR _____ Date __2/15/06__

Lillian # 916-424-2519
Hazel # 707-342-1617
Ayedin # 530-913-0350
Desiree # 916-370-6467

Dear ~~Jennifer~~ Juanita;

Please call me @ 510-213-4961 or 727-642-2174





**CALIFORNIA IDENTIFICATION CARD**
EXPIRES 09-21-09
D5619219
SELENE FUMIE STEWART
2131 COLDSTREAM CT
OXNARD CA 93036
SEX: F   HAIR: BRN   EYES: BRN
HT: 5-04  WT: 145    DOB: 09-21-46
05/26/2004  212 ID  FD/09

**CALIFORNIA**
**Licensed Vocational Nurse**
**VN 113164**
Intravenous Therapy Certification

Status: Active            Expires: 10/31/2006

SELENE F STEWART
244 CLEARPOINTE DR
VALLEJO CA 94591



...ertain Administer

From Service First Registry



DEFENDANT'S EXHIBIT 6
J. OVERTON

FAX COVER SHEET     SERVICE FIRST NURSING

FAX COVER SHEET     SERVICE FIRST NURSING

FAX COVER SHEET     SERVICE FIRST NURSING
1303 GLEEN STREET
VALLEJO CA 94590

DATE 7/14/04

TO: Pam / Payroll / DON

COMPANY: Windsor Anso

FAX: 448-4403

FROM: JUANITA

COMPANY: SERVICE FIRST REGISTY

TEL: 707 333- 3298

NUMBER OF PAGES INCLUDING THIS ONE: 3

Please Review & Fax over to Corp

Thanks Juanita

WHCH 00024

Jun 16 06 11:15a     Winsor House Conv.              7074484403                 p.3

II

# SERVICES FIRST REGISTRY
1303 Glenn ST
VALLEJO, CA 94590
(707) 333-3248 cell
(707) 642-1888 Fax

### Service Invoice

Selene Stewart

Facility: Windsor House Conv Hospital
Address: 101 South Orchard Ave
Vacaville CA

☐ Faxed Request
☐ Mailed Request

Payment Request Date: _____

Pay Period From: 5-16-06   To: 6-16-06

| Nurse Name | Title | Date | Shift | # Hours | |
|---|---|---|---|---|---|
| Desiree Brannon | LVN | 6-12-06 | PM | 8 | |
| Sandra McDonald | LVN | 6-12-06 | Noc | 8 | |
| Olga Vasquez | LVN | 6-13-06 | Am | 8 | |
| Hazel Reeve | LVN | 6-13-06 | Am | 8 | dble 16 shift |
| Hazel Reeve | LVN | 6-13-06 | PM | 8 | |
| Seline Stewart | LVN | 6-13-06 | Am | 8 | |
| Hazel Reeve | LVN | 6-14-06 | Am | 8 | dble 16 |
| Hazel Reeve | LVN | 6-14-06 | PM | 8 | shift |
| Mishea Swoops | CNA | 6-14-06 | PM | 8 | |
| Desiree Brannon | LVN | 6-15-06 | Am | 8 | dbl 16 shift |
| Desiree Brannon | LVN | 6-15-06 | PM | 8 | |
| Olga Vasquez | LVN | 6-15-06 | PM | 8 | |
| Mishea Swoops | CNA | 6-15-06 | PM | 8 | |
| Olga Vasquez | LVN | 6-16-06 | Am | 8 | |

|  | Total Hours | Rate | Total |
|---|---|---|---|
| CNA | 40 | $16.00 | $640.00 |
| LVN | 202 | $30.00 | $6060.00 |
| RN |  |  | $ |

Total Due: $6700.00

LVN 96 × 30 = 2,880.00
CNA 16 × 16 = 256.00  = $3,136.00

WHCH 00043

# SERVICES FIRST REGISTRY

1303 Glenn ST
VALLEJO, CA 94590
(707) 333-3248 cell
(707) 642-1888 Fax

## Service Invoice

Facility: Windsor House Conv Hospital

Address: 101 South Orchard Ave

Vacaville CA

Pay Period From: 6-16-06  To: 6-23-06

Payment Request Date: _____

☐ Faxed Request
☐ Mailed Request

| Nurse Name | Title | Date | Shift | # Hours |
|---|---|---|---|---|
| Desiree Brannen | LVN | 6-16-06 | PM | 8 |
| Olga Vasquez | LVN | 6-16-06 | AM | 8 |
| Yolanda Mills | LVN | 6-17-06 | AM | 8 |
| Celine Stewart | LVN | 6-17-06 | PM | 8 |
| Simone Paulin | CNA | 6-17-06 | PM | 8 |
| Simone Paulin | CNA | 6-17-06 | NOC | 8 |
| Sandra McDonald | LVN | 6-17-06 | NOC | 8 |
| Celine Stewart | LVN | 6-18-06 | PM | 8 |
| Sandra McDonald | LVN | 6-18-06 | PM | 8 / OT |
| Sandra McDonald | LVN | 6-18-06 | NOC | 8 |
| Me Me Charlotte Lauton | LVN | 6-19-06 | AM | 8 |
| Me Me Charlotte Lauton | LVN | 6-19-06 | PM | 8 |
| Desiree Brannen | LVN | 6-19-06 | AM | 8 |
| Simone Paulin | CNA | 6-19-06 | PM | 8 |
| Olga Vasquez | LVN | 6-20-06 | AM | 8 |
| Desiree Brannen | LVN | 6-20-06 | AM | 8 |

| | Total Hours | Rate | Total |
|---|---|---|---|
| CNA | 40 | $16.00 | $640.00 |
| LVN | 137 | $30.00 | $4110.00 |
| RN | | | $ |

Total Due: $5710.00

WHCH 00025

# SERVICES FIRST REGISTRY

1303 Glenn ST
VALLEJO, CA 94590
(707) 333-3298 cell
(707) 642-1888 Fax

## Service Invoice

Facility: Vacaville Conv Hospital

Address: 101 South Orchard ST

Vacaville CA

☐ Faxed Request
☐ Mailed Request

Payment Request Date: _____

Pay Period From: 6-29-06    To: 7-7-06

| Nurse Name | Title | Date | Shift | # Hours |
|---|---|---|---|---|
| Selina Stewart | LVN | 7-5-06 | Am | 8  double |
| Selina Stewart | LVN | 7-5-06 | Pm | 8  short |
| Hazel Reeve | LVN | 7-5-06 | Pm | 8 |
| Shauna Johnson | CNA | 7-5-06 | Am | 4 |
| MeMe Charollette Lewton | LVN | 7-6-06 | Am | 8 |
| MeMe Charollette Lewton | LVN | 7-6-06 | Pm | 4 |
| Hazel Reeve | LVN | 7-6-06 | Pm | 8 |
| Desiree Brannon | LVN | 7-6-06 | Pm | 8 |
| Desiree Brannon | LVN | 7-7-06 | Am | 8 |

WHCH 00026

|  | Total Hours | Rate | Total |
|---|---|---|---|
| CNA | 28 | $16.00 | $448.00 |
| LVN | 152 | $30.00 | $4560.00 |
| RN |  |  | $ |
| LVN | 16 | $45.00 | $720.00  Holiday |

Total Due: $~~5280.00~~  $5728.00

Service First Registry
1303 glenn st
vallejo,ca 94590
(707)333-3298 cell
(707)642-1838 fax
service invoice

Facility: _Windsor Hust_    Payment Request Date _____

Address: _101 South Orchard_ [] Faxed Request
_Vacaville CA_    [] Mailed Request

Pay Period _7-7-06_ To: _7-14-06_

| nurse name | title | date | shift | #hours |
|---|---|---|---|---|
| Sandra McDonald | LVN | 7-10-06 | Noc | 8 |
| Me Me Charolette Lawton | LVN | 7-11-06 | Am | 8 |
| Hazel Ruwe | LVN | 7-11-06 | PM | 8 |
| Sandra McDonald | LVN | 7-11-06 | Noc | 8 |
| Yolanda Little | LVN | 7-12-06 | Am | 8 |
| Me Me Charolette Lawton | LVN | 7-12-06 | PM | 8 |
| Hazel Ruwe | LVN | 7-12-06 | PM | 8 |
| Yolanda Little | LVN | 7-13-06 | Am | 8 |
| Hazel Ruwe | LVN | 7-13-06 | PM | 8 |
| Yolanda Little | LVN | 7-14-06 | Am | 8 |

|  | Total Hours | Rate | total |  |
|---|---|---|---|---|
| CNA |  |  | $ |  |
| LVN | 160 | $30.00 | $4800 | Total due |
| RN |  |  | $ | $4800.00 |

WHCH 00027

| | | | | | Check No: 6844 | | |
|---|---|---|---|---|---|---|---|
NADHAN, INC. WINSOR HOUSE CONVALESCENT HOSPITAL
WINSOR                                                06/23/2006                        Check No: 6844

| Item | Date | Reference | Description | Amount | Discount | Total |
|---|---|---|---|---|---|---|
| 1 | 06/23/2006 | 6-16-06 TO | 6-23-06 SRVS | 4870.00 | 200.00 | 4,670.00 |
| | Payee: JUANITA OVERTON | | | | Total | 4,670.00 |




#2735-CAL



WINSOR                                                06/23/2006                        Check No: 6844

| Item | Date | Reference | Description | Amount | Discount | Total |
|---|---|---|---|---|---|---|
| 1 | 06/23/2006 | 6-16-06 TO | 6-23-06 SRVS | 4870.00 | 200.00 | 4,670.00 |
| | Payee: JUANITA OVERTON | | | | Total | 4,670.00 |

WHCH 00044

| | | | | | | |
|---|---|---|---|---|---|---|
| WINSOR | | | 07/07/2006 | | Check No: 6863 | |
| Item | Date | Reference | Description | Amount | Discount | Total |
| 1 | 07/07/2006 | SRVS 6/29/06 TO | 7/7/06 | 5250.00 | 200.00 | 5,050.00 |
| | Payee: JUANTIA OVERTON | | | | Total | 5,050.00 |




#2735-CAL



| | | | | | | |
|---|---|---|---|---|---|---|
| WINSOR | | | 07/07/2006 | | Check No: 6863 | |
| Item | Date | Reference | Description | Amount | Discount | Total |
| 1 | 07/07/2006 | SRVS 6/29/06 TO | 7/7/06 | 5250.00 | 200.00 | 5,050.00 |
| | Payee: JUANTIA OVERTON | | | | Total | 5,050.00 |

WHCH 00047

NADHAN, INC. WINSOR HOUSE CONVALESCENT HOSPITAL

| WINSOR HOUSE | | | 06/16/06 | | Check No: 06781 | |
|---|---|---|---|---|---|---|
| Item | Date | Reference | Description | Amount | Discount | Total |
| 1 | 06/16/06 | 05/16 TO  6.9- | 06/16 SVCS | 6,700.00 | 200.0 | 6,500.00 |
| | Payee: JUANITA OVERTON | | | | Total | 6,500.00 |



#2735-CAL



| WINSOR HOUSE | | | 06/16/06 | | Check No: 06781 | |
|---|---|---|---|---|---|---|
| Item | Date | Reference | Description | Amount | Discount | Total |
| 1 | 06/16/06 | 05/16 TO | 06/16 SVCS | 6,700.00 | 200.0 | 6,500.00 |
| | Payee: JUANITA OVERTON | | | | Total | 6,500.00 |

WHCH 00041