IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENE STEWART, | No. C-08-00613 EDL |
|     Plaintiff, | **ORDER VACATING HEARING** |
| v. | |
| WINSOR HOUSE CONVALESENT HOSPITAL, | |
|     Defendant. | |

The Court, having decided that Defendant's Motion to Compel and Request for Sanctions is suitable for decision without a hearing, hereby VACATES the August 5, 2008 hearing on that motion and takes the motion under submission.

**IT IS SO ORDERED.**

Dated: August 4, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge