IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENE STEWART,<br><br>        Plaintiff,<br><br>   v.<br><br>WINSOR HOUSE CONVALESENT HOSPITAL,<br><br>        Defendant.<br>_____/ | No. C-08-00613 (EDL)<br><br>**ORDER TO RETURN SUBMISSION TO PLAINTIFF** |

On July 27, 2011, this Court received a letter and voluminous attachments from pro se Plaintiff Selene Stewart. This matter was dismissed with prejudice on November 10, 2008 following a settlement agreement that was placed on the record (Dkt. # 49) and a Stipulated Dismissal (Dkt. #50). Therefore, this Court no longer has jurisdiction over the matter and cannot accept this ex parte submission. The Clerk of Court is Ordered to return Plaintiff's submission to her. If Plaintiff seeks to challenge Defendant's compliance with the terms of the settlement agreement, she must file a new breach of contract action in the appropriate forum and properly serve Defendant.

**IT IS SO ORDERED.**

Dated: August 24, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge