United States District Court
Northern District of California

1
2
3
4      UNITED STATES DISTRICT COURT
5      NORTHERN DISTRICT OF CALIFORNIA
6
7   SELENE STEWART,
                                        Case No.  08-cv-00613-EDL
            Plaintiff,
8
        v.                              **ORDER RE DKT 54**
9
   WINSOR HOUSE CONVALESCENT
10  HOSPITAL, INC.,
11          Defendant.
12
13     On February 12, 2015, Plaintiff, pro se, filed a complaint in this action alleging, among
14 other claims, breach of a settlement agreement.  (Dkt. 54.)  However, this matter was dismissed
15 with prejudice on November 10, 2008 following a settlement agreement that was placed on the
16 record (Dkt. 49) and a stipulated dismissal (Dkt. 50).  Plaintiff's filing of a complaint in this case
17 is improper and the Clerk of Court is ordered to return Plaintiff's submission to her.  If Plaintiff
18 seeks to challenge Defendant's compliance with the terms of the settlement agreement, she must
19 file a new action in the appropriate forum, likely state court as Plaintiff's purported complaint
20 appears to state no basis for federal jurisdiction, and properly serve Defendant.
21     **IT IS SO ORDERED.**
22 Dated: February 26, 2015



Elizabeth D. Laporte
United States Magistrate Judge